Harrisburg Hospital For the Reception and Cure of the Sick and Injured *v.* Arthur C. Houck, Appellant.

Argued March 13, 1929.

Before Trex-
ler, Keller, Linn, Gawthrop and Baldridge, JJ. Ap-
peal

*Oscar G. Wickersham,* for appellant, cited: Daniel
H. Kramer v. David H. Kister, 187 Pa. 227.

*John R. Geyer,* and with him *Paul G. Smith,* for
appellee, cited: McCullough's Estate, 292 Pa. 422;
Gianni v. Russel & Co., Inc., 281 Pa. 320; Bixler & Co.
v. Stoker & Son, 91 Pa. Superior Ct. 265.

Per Curiam, April 10, 1929:

Experience has shown that rules of court are as
useful to counsel presenting cases on appeal as they
are necessary to the disposition by the court of the
large volume of appellate work presented every year.
In this case there has been such general disregard of
our rules that we. must again call attention to the mat-
ter.　It is said that the action is assumpsit, but the
pleadings raising the issue for trial are not printed as
required by rule 45, while at the same time rules 55
and 56 were.disregarded.　The assignments of error

—an essential part of the pleadings in this court (Cessna's Estate, 192 Pa. 14, 18; Standard Brewing Co. v. Knapp, 79 Pa. Superior Ct. 252, 254)—were also drawn and printed in obvious disregard of rules.

In the circumstances we apply rule 57 (Eason v. U. S. Shipping Board, 89 Pa. Superior Ct. 485) and dispose of the case without discussion of the merits, though it would seem that appellant had no defense to the action.

Appeal dismissed.